```
           FILED   ____ RECEIVED
      ____ ENTERED ____ SERVED ON
                   COUNSEL/PARTIES OF RECORD

            JUN 1 1 2010

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
   BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-456-RLH (RJJ) |
| ) | |
| FRANCISCO CRUZ, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On March 26, 2010, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (2), and (p), based upon the plea of guilty by defendant FRANCISCO CRUZ to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant FRANCISCO CRUZ pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 2, 2010 through May 1, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (2), (n)(7), and (p) and shall be disposed of according to law:

a.  .45 Caliber Colt Semi-Automatic Handgun, Model M1991A1, serial number CP12159 and any and all ammunition;

b.  .22 Caliber Junior Colt Handgun; serial number 57293CC and any and all ammunition; and

c.  an *in personam* criminal forfeiture money judgment of $28,960.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___11___ day of ___June___, 2010.

_____
UNITED STATES DISTRICT JUDGE