UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANCISCO CRUZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.  2:09-CR-456-RLH-RJJ <br><br> **O R D E R** <br> (Motion for Discretionary Relief Pursuant to 18 U.S.C. § 3582(c)(2) – #60) |

The Defendant has filed a **Motion for Appoint of Counsel, which the Court will consider as a Motion**, (#60) seeking Discretionary Relief pursuant to 18 U.S.C. § 3582(c)(2).  Accordingly,

IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of a conflict, no later than fourteen (14) days from the date of this Order.

IT IS FURTHER ORDERED that the Clerk of Court shall distribute a copy of the document filed by the Defendant to the Federal Public Defender, the United States Attorney, and the U.S. Probation Office forthwith.

IT IS FURTHER ORDERED that the Probation Office shall provide the counsel for the defendant and the government with the Defendant's Presentence Report..

Dated:   June 27, 2016.

_____
UNITED STATES DISTRICT JUDGE